FILED
JUN 0 5 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: CR. No.** |
| | **:** |
| **V.** | **: In Violation of Title 18,** |
| | **: Section 2314** |
| **STERLING CHAPMAN** | **:** |

**INFORMATION** CR 08 52 S

**Count 1**

**Introduction**

At all times material to this Information:

1. Defendant STERLING CHAPMAN was a resident of Massachusetts.

**The Scheme**

2. Between on or about September 7, 2004, and on or about September 15, 2004, in the District of Rhode Island and elsewhere, defendant STERLING CHAPMAN, knowingly devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property, from various retail businesses by means of false and fraudulent pretenses, representation and promises.

**Manner and Means**

3. It was part of the scheme to defraud that on or about September 7, 2004, defendant STERLING CHAPMAN, traveled from his home in Massachusetts to Willimantic, Connecticut, at which time he opened checking account number 9860002908805 at the Savings Institute Bank & Trust Company. The account was opened with a cash deposit of $100. At the time he opened the account, CHAPMAN presented identification to the bank reflecting his home address in Willimantic, Connecticut.

4. Between on or about September 13, 2004, and on or about September 15, 2004, defendant STERLING CHAPMAN traveled to Connecticut and Rhode Island for the purpose of writing checks from account number 9860002908805 to various retail businesses in those states. CHAPMAN wrote a total of 13 checks, totaling $20,736.76, for the purpose of acquiring merchandise from the businesses. At the time he wrote these checks, CHAPMAN was aware of the fact that there were not sufficient funds in the Savings Institute Bank & Trust Company account to cover the checks.

**Execution of the Scheme**

5. Between on or about September 7, 2004, and on or about September 15, 2004, in the District of Rhode Island, the defendant, STERLING CHAPMAN, having devised and intended to devise the aforesaid scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, did travel in interstate commerce between the States of Rhode Island, Massachusetts and Connecticut in the execution of the aforesaid scheme and artifice to defraud retail businesses of property having a value of $20,736.76, in violation of Title 18, United States Code, Section 2314.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

______________________________
ANDREW J. REICH
ASSISTANT U.S. ATTORNEY

______________________________
STEPHEN G. DAMBRUCH
CHIEF, CRIMINAL DIVISION

06/04/2008
______________________________
DATE