AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

**APPEARANCE**

Case Number: CR08-52S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sterling Chapman

I certify that I am admitted to practice in this court.

6/18/08
Date

[signature]
Signature

JAMES T. MC CORMICK 2614
Print Name Bar Number

128 DORRANCE ST, RM 330
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 831-2970 751-1797
Phone Number Fax Number