RECEIVED

O AO 455 (Rev. 5/85) Waiver of Indictment

JUN 05 2008

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
STERLING CHAPMAN

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08 52S

I, STERLING CHAPMAN, the above named defendant, who is accused of

violating 18 U.S.C. § 2314

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/18/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

STERLING CHAPMAN [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ